

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:23-CR 00201 JM |
| vs. | |
| THOMAS RAY KELSO | 18 U.S.C. § 1591(a) |
| | 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between in or about April 2021, through on or about April 11, 2023, in the Eastern District of Arkansas, and elsewhere, the defendant,

THOMAS RAY KELSO,

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely, T.A., knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion and any combination of such means will be used to cause the person to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a).

### COUNT TWO

Between in or about April 2021, through on or about April 17, 2023, in the Eastern District of Arkansas, and elsewhere, the defendant,

THOMAS RAY KELSO,

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely, B.P., knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion and any

combination of such means will be used to cause the person to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a).

### COUNT THREE

Between in or about October 2022, through on or about April 20, 2023, in the Eastern District of Arkansas, and elsewhere, the defendant,

THOMAS RAY KELSO,

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely, E.B., knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion and any combination of such means will be used to cause the person to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a).

### COUNT FOUR

On or about April 18, 2023, in the Eastern District of Arkansas, the defendant,

THOMAS RAY KELSO,

knowingly and intentionally possessed with intent to distribute less than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### FORFEITURE ALLEGATION ONE

Upon conviction of the count charged in Count One, Two, or Three of this Indictment, the defendant, THOMAS RAY KELSO, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.

## FORFEITURE ALLEGATION TWO

Upon conviction of Count 4 of this Indictment, the defendant, THOMAS RAY KELSO, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION THREE

Upon conviction of Count 4 of this Indictment, the defendant, THOMAS RAY KELSO, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION FOUR

Upon conviction of Count 4 of this Indictment, the defendant, THOMAS RAY KELSO, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.